**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:26-cv-02522-VMC-AEP**

**VANESSA ANN RIVERA COLON,**

Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT INC,**

Defendant.
_____________________________________/

# JOINT NOTICE OF SETTLEMENT

Plaintiff Vanessa Ann Rivera Colon ("Plaintiff") and Defendant Midland Credit Management Inc ("Defendant") submit this Joint Notice of Settlement and state that Plaintiff and Defendant (the "Parties") have reached a settlement with regard to the above-captioned action and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: November 2, 2026

Respectfully Submitted,

/s/ Talal Rashid

**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail: Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Cory Eichhorn
**CORY EICHHORN, ESQ.**
Florida Bar No. 576761
E-mail:
Cory.Eichhorn@hklaw.Com
Holland & Knight, LLP
701 Brickel Ave, Ste 3300
Miami, FL 33131
Phone: 305-374-8500

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307